# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America<br>v.<br>RICKY L. ROMERO, JR.<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 22-CR-424 mis |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICKY L. ROMERO, JR. ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 2422(b): Coercion and Enticement of a Minor;

Count 2: 18 U.S.C. § 2252A(a)(2)(A): Receipt of Material Containing Images of Child Pornography.

Date: 03/16/2022

*B. Wilson*
*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*