# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces
**VIA ZOOM VIDEOCONFERENCE**

| Case Number: | **CR 22-424 MIS** | Date: | **3/18/2022** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | | **INITIAL APPEARANCE** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **RICKY L. ROMERO, JR.** | **ANDRE POISSANT, AFPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **MATILA VILLALOBOS** | Interpreter: | **N/A** |
|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:44 – 9:49 A.M. (5 MIN)** |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☒ | Court questions Defendant regarding his/her physical and mental condition, DOB |
| ☒ | Court advises Defendant of possible penalties and all constitutional rights |
| ☒ | ORAL Motion for Detention Hearing by Government |
| ☒ | Court grants ☒ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Arraignment/Detention hearing to be set; Defendant to be interviewed by Pretrial Services |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☐ | Other: |