IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                                        Case No. 22-CR-424 MIS

**RICKY L. ROMERO, JR.,**

    **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

This Court, having considered the unopposed motion to amend conditions of release, and after reviewing the relevant pleadings, finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that Mr. Romero is hereby permitted to have <u>supervised</u> contact with family members under the age of 18. This includes the grandchildren of his father, Ricky Romero, Sr. All other conditions of Mr. Romero's release remain the same.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE