IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.                                        Case No. 22-CR-424 MIS

RICKY L. ROMERO, JR.,

    Defendant.

## ORDER GRANTING SECOND UNOPPOSED MOTION TO AMEND CONDITIONS OF RELEASE

This Court, having considered the unopposed motion to amend conditions of release, and after reviewing the relevant pleadings, finds that said motion should be GRANTED.

IT IS THEREFORE ORDERED that condition 7F be permitted, giving Mr. Romero's Pretrial officer discretion to expand Mr. Romero's travel for work purposes. All other conditions of Mr. Romero's release remain the same.

SIGNED on this the __25th__ day of __April__, 2022.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE