IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      **Plaintiff,**

vs.                                                  CR NO. 22-CR-424 MIS

**RICKY L ROMERO JR,**

      **Defendant.**

## NOTICE OF INTENTION TO ENTER GUILTY PLEA

      COMES NOW, Defendant, Ricky Romero, by and through his attorney of record, Darren Robinson, and hereby gives notice that he intends to enter a plea to the charge herein. Defendant further acknowledges that the time period from the date of the filing of this Notice to the date of the change of plea hearing, should be excluded from speedy indictment time computation pursuant to 18 U.S.C. Section 3161(h)(1)(D).[1]

                                                    Respectfully submitted,

                                                    **FEDERAL PUBLIC DEFENDER**
                                                    506 S. Main, Suite 400
                                                    Las Cruces, New Mexico 88001
                                                    Telephone: (575) 527-6930

                                                    *Electronically filed October 4, 2022*

                                                    By: /s/ Darren Robinson
                                                    DARREN ROBINSON
                                                    Assistant Federal Public Defender

---

[1] This notice also qualifies as a motion for purposes of the Speedy Trial Act and tolls the clock pursuant to 18 U.S.C. Section 3161(h)(1)(D). *United States v. Hunter*, 9 F. App'x 857, 859-60 (10th Cir. May 24, 2001) (holding that the filing of a notice that the defendant wanted to change his plea is treated as a pretrial motion requiring a hearing for purposes of the Speedy Trial Act, and that the entire period between notifying the court that [the defendant] wanted to change his plea and the change-of-plea hearing itself was excluded for purposes of the Speedy Trial Act.)